UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHNNIE EDWARD,

    Plaintiff,

vs

EQUITY RESIDENTIAL PROPERTIES
MANAGEMENT CORP., a Michigan
corporation and EQUITY RESIDENTIAL
PROPERTIES MANAGEMENT CORP, a
Michigan corporation d/b/a WALDEN
WOOD APARTMENT HOMES, 23741
Pond Road, Southfield, MI 48034 c/o
The Corporation Company, 30600 Telegraph
Rd., Bingham Farms, MI 48025, Jointly and
Severally,

    Defendants.

Case No: 04-72424

Hon: Robert H. Cleland

---

JACOB ALSPECTOR (P10143)
Attorney for Plaintiff
30100 Telegraph Road, Suite 302
Bingham Farms, Michigan 48025-4517
(248) 642-3200

PAUL S. KOCZKUR (P30067)
Attorney for Defendants
660 Woodward Avenue
1000 First National Building
Detroit, Michigan 48226-3512
(313) 964-0110

---

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED** by and between the parties hereto, that the above matter be dismissed with prejudice and without costs as to any party.

_____
JACOB ALSPECTOR (P10143)
Attorney for Plaintiff

_____
PAUL S. KOCZKUR (P30067)
Attorney for Defendants

-1-

Case No: 04-72424

# ORDER OF DISMISSAL WITH PREJUDICE

At a session of said Court held in the United States District Court, Eastern District of Michigan, Southern Division on **JUN 17 2005**

PRESENT:     HONORABLE: **ROBERT H. CLELAND**
ROBERT H. CLELAND

Pursuant to a Stipulation to that effect;

**IT IS HEREBY ORDERED** that the above matter is dismissed with prejudice and without costs as to either party.

**IT IS FURTHER ORDERED** that this Order resolves the last pending claim and closes the case.

ROBERT H. CLELAND

14 June 05

LAW OFFICES OF LUPO & KOCZKUR, P.C.   660 WOODWARD AVENUE, SUITE 1000 • DETROIT, MICHIGAN 48226-3512   TEL 313-964-0110 / FAX 313-964-3711